**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6385**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHOKWUEMEKA NWAORISA ANYAEHIE, a/k/a Emeka,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Herbert N. Maletz, Senior Judge, sitting by designation.  (CR-93-145-L, CA-95-1935-L)

Submitted:  August 15, 1996          Decided:  August 20, 1996

Before MURNAGHAN and ERVIN, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Chokwuemeka Nwaorisa Anyaehie, Appellant Pro Se.  Stephen S. Zimmermann, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his habeas motion, 28 U.S.C. § 2255 (1988), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the reasoning of the district court. United States v. Anyaehie, Nos. CR-93-145-L; CA-95-1935-L (D. Md. Feb. 27, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED